ARTURO J. GONZÁLEZ (BAR NO. 121490)
WILLIAM F. TARANTINO (BAR NO. 215343)
ALEXANDRIA A. AMEZCUA (BAR NO. 247507)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415.268.7522

Attorneys for Defendant(s)
IOVATE HEALTH SCIENCES U.S.A., INC., IOVATE
HEALTH SCIENCES INTERNATIONAL, INC., IOVATE
HEALTH RESEARCH, INC., IOVATE HC 2005
FORMULATIONS, LTD., MUSCLETECH RESEARCH AND
DEVELOPMENT, INC., HDM FORMULATIONS LTD., and
GENERAL NUTRITION CENTERS, INC.

SPECIALLY APPEARING FOR IOVATE HEALTH
SCIENCES GROUP INC., and KERR INVESTMENT
HOLDING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MANUEL ABARCA and DIANA CURIEL,<br><br>Plaintiffs,<br><br>v.<br><br>IOVATE HEALTH SCIENCES U.S.A., INC., IOVATE HEALTH SCIENCES GROUP, INC., IOVATE HEALTH RESEARCH, INC., IOVATE HC 2005 FORMULATIONS, LTD., IOVATE HEALTH SCIENCES INTERNATIONAL, INC., MUSCLETECH RESEARCH AND DEVELOPMENT, INC., HDM FORMULATIONS LTD., KERR INVESTMENT HOLDING CORPORATION and GENERAL NUTRITION CENTERS, INC.,<br><br>Defendants. | Case No. C09-03861 JCS ADR<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Joseph C. Spero |

Pursuant to Civil Local Rules 6-1(a) of this Court, plaintiffs HECTOR MANUEL ABARCA and DIANA CURIEL, and defendants IOVATE HEALTH SCIENCES U.S.A., INC., IOVATE HEALTH RESEARCH INC., IOVATE HC 2005 FORMULATIONS LTD., HDM FORMULATIONS LTD., IOVATE HEALTH SCIENCES INTERNATIONAL INC., MUSCLETECH RESEARCH AND DEVELOPMENT INC., and GENERAL NUTRITION CENTERS, INC., (collectively "Defendants") hereby submit the following Stipulation to Extend Time to Respond to Complaint ("Stipulation"). Specially appearing for purposes of this Stipulation only, and expressly reserving their right to contest service and this Court's jurisdiction, IOVATE HEALTH SCIENCES GROUP INC. and KERR INVESTMENT HOLDING CORP. consent to the following Stipulation:

1. WHEREAS Defendants are presently due to answer or otherwise respond to the complaint on or about October 15, 2009; and

2. WHEREAS the parties have agreed that the Defendants may be afforded an additional thirty days in which to answer or otherwise respond to the complaint in this matter, and as the thirtieth day falls on a Saturday;

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
C09-03861 JCS ADR
sf-2748352

2

1      IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel,

2  that Defendants may answer or otherwise respond to the complaint in this matter on or before

3  November 16, 2009.

4  Dated: October 7, 2009          ARTURO J. GONZÁLEZ
                                          WILLIAM F. TARANTINO

5                                            ALEXANDRIA A. AMEZCUA

6                                            MORRISON & FOERSTER LLP

7

8                                            By:  s/ Alexandria A. Amezcua
                                                  ALEXANDRIA A. AMEZCUA

9                                                Attorneys for Defendant(s)

10                                           IOVATE HEALTH SCIENCES U.S.A., INC.,
                                          IOVATE HEALTH RESEARCH, INC.,

11                                           IOVATE HC 2005 FORMULATIONS, LTD.,
                                          HDM FORMULATIONS LTD., IOVATE

12                                           HEALTH SCIENCES INTERNATIONAL,
                                          INC., MUSCLETECH RESEARCH AND

13                                           DEVELOPMENT, INC., and GENERAL
                                          NUTRITION CENTERS, INC.

14
                                          Specially appearing for IOVATE HEALTH

15                                           SCIENCES GROUP INC. and KERR
                                          INVESTMENT HOLDING CORP.

16 Dated: October 9, 2009          THOMAS V. GIRARDI

17                                           HOWARD MILLER
                                          GIRARDI KEESE

18

19                                           By:  _____

20                                                   GRAHAM LIPPSMITH

21                                               Attorneys for Plaintiffs
                                          HECTOR MANUEL ABARCA and DIANA

22                                           CURIEL

23

24

25 Dated: 10/13/9                  IT IS SO ORDERED

26                                  Judge Joseph C. Spero

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                3
C09-03861 JCS ADR
sf-2748352

## Certificate of Service

I hereby certify that on October 9, 2009, I served the foregoing:

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

with the Clerk of the court using the CM/ECF system which will send notification of such filing

to the following:

Thomas V. Girardi
Howard Miller
Graham Lippsmith
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, CA   90017

                                              s/Alexandria A. Amezcua
                                              Alexandria A. Amezcua
                                              California Bar No. 247507
                                              Attorney for Defendants
                                              MORRISON & FOERSTER LLP
                                              425 Market Street
                                              San Francisco, CA   94105
                                              Telephone:  (415) 268-6557
                                              Fax:  (415) 268-7522
                                              Email:  aamezcua@mofo.com

CERTIFICATE OF SERVICE
C09-03861 JCS ADR
sf-2750712